UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CINDY LEE OSORIO,** on behalf of
herself and others similarly situated,

      **Plaintiff,**

v.                                              **Case No:  6:17-cv-2138-Orl-28GJK**

**G SECURITY SERVICES, LLC,**

      **Defendant.**
_____/

## ORDER

      This matter comes before the Court on the Notice of Settlement, filed on November 6, 2018. Doc. No. 27. On July 11, 2018, Plaintiff filed an amended complaint against Defendant alleging violations of the overtime and unlawful retaliation provisions of the Fair Labor Standards Act. Doc. No. 16. The Notice of Settlement states that the parties settled the case. Doc. No. 27.

      Based on the forgoing, it is **ORDERED** that **on or before November 15, 2018**, the parties shall file a joint motion for approval of the settlement agreement, including all documentation and information the Court needs to determine the reasonableness of the agreement and any attorney's fees provided for therein. Plaintiff's request in the Notice of Settlement that the Court stay these proceedings is denied.

      **DONE** and **ORDERED** in Orlando, Florida, on November 7, 2018.

                                                          GREGORY J. KELLY
                                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties